UNITED STATES v. KLIPSTEIN et al. (Circuit Court of Appeals, Second Circuit. January 7, 1902.) No. 64. Appeal from the Circuit Court of the United States for the Southern District of New York. D. Frank Lloyd, for appellant. Albert Comstock, for appellee. Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. The new testimony does not present a different case from that which was before us in U. S. v. Roessler & Hasslacher Chemical Co., 39 C. C. A. 651, 99 Fed. 552. Decision of circuit court affirmed.

UNITED STATES v. McCOY et al. (Circuit Court of Appeals, Ninth Circuit. March 3, 1902.) No. 708. In Error to the Circuit Court of the United States for the Southern Division of the District of Washington. Wilson R. Gay, U. S. Atty., and Edward E. Cushman, Asst. U. S. Atty. W. T. Dovell, for defendants in error. Before GILBERT, ROSS, and MORROW, Circuit Judges.

MORROW, Circuit Judge. This case has been before this court before, and was returned to the lower court, with directions to take further proceedings therein. U. S. v. McCoy, 44 C. C. A. 125, 104 Fed. 669. There is nothing in the present record showing any error in the subsequent proceedings taken in pursuance of such directions. The judgment of the circuit court is therefore affirmed.

UNITED STATES v. McGIBBON et al. (Circuit Court of Appeals, Second Circuit. February 7, 1902.) No. 22. Appeal from the Circuit Court of the United States for the Southern District of New York. Chas. D. Baker, for the United States. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. Affirmed, on opinion of court below. 107 Fed. 265.

UNITED STATES v. WADDELL et al. (Circuit Court of Appeals, Second Circuit. December 3, 1901.) No. 73. Appeal from the Circuit Court of the United States for the Southern District of New York. Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. Affirmed on consent in open court.

THE VICTORIA. (Circuit Court of Appeals, Second Circuit. January 7, 1902.) No. 2. Appeal from the District Court of the United States for the Southern District of New York. For opinion in district court, see 88 Fed. 524. Amos Van Etten, for appellant. Le Roy S. Gove, for appellee. Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. Decree of district court affirmed, with costs.

WITHEROW v. CARNEGIE STEEL CO. (Circuit Court of Appeals, Second Circuit. February 5, 1902.) No. 117. Appeal from the Circuit Court of the United States for the Southern District of New York. H. M. Hitchings, for appellant. John R. Bennett, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. Dismissed in open court for lack of jurisdiction.